■ In the Matter of THOMAS A. BRUNO, JR.—Application granted and the name of respondent is restored to the roll of

attorneys and counselors-at-law and he is reinstated as a member of the Bar effective October 9, 1986. Concur—Kupferman, J. P., Ross, Carro, Fein and Milonas, JJ.